NORA SOBEL, Respondent, *v.* MAURICE O'CONNOR, Appellant.

Argued November 13, 1944; decided December 30, 1944.

*Willard M. Pottle* for appellant.

*Harold Horowitz* and *Alfred F. Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.